AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ARMANDO RIVERA-ANDRACA | CASE NUMBER: 08 CR2258-LAB |

I, ARMANDO RIVERA-ANDRACA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 8, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Armando Rivera_
Defendant

_Joseph Milchen_
Counsel for Defendant

Before _[signature]_
Judicial Officer